B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Northern _____ District Of Illinois _____

In re Tynesa Wells _____, Case No. 16-29981 _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6-2 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6/21/18 (date).

Name of Alleged Transferor  
Carrington Mortgage Services, LLC,

Name of Transferee  
U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

Address of Alleged Transferor:  
Carrington Mortgage Services, LLC  
1600 South Douglass Road, Suite 200-A  
Anaheim, California 92806

Address of Transferee:  
c/o BSI Financial Services  
1425 Greenway Drive, Ste 400  
Irving, TX  75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____   _____

**CLERK OF THE COURT**