**Fill in this information to identify the case:**

Debtor 1: Tynesa Wells

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 16-29981

---

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust

**Court claim no.** (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2021

**New total payment:** $ 683.83
Principal, interest, and escrow, if any

---

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 438.29        New escrow payment: $ 418.65

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

---

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1  **Tynesa Wells**
First Name    Middle Name    Last Name

Case number *(if known)* 16-29981

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date 09/24/2021

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**    **OH**    **45140**
City    State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

TYNESA M WELLS
C/O CHARLES R BONINI
20 S CLARK ST 28TH FL
CHICAGO IL  60827

Analysis Date: September 14, 2021                                                                                                 Final
Property Address: 14204 SOUTH UNION AVENUE  RIVERDALE, IL 60827                                           Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from July 2021 to Oct 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 265.18 | 265.18 |
| Escrow Payment: | 438.29 | 418.65 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $703.47 | $683.83 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2021 |
| Escrow Balance: | 1,385.40 |
| Anticipated Pmts to Escrow: | 876.58 |
| Anticipated Pmts from Escrow (-): | 1,451.95 |
| Anticipated Escrow Balance: | $810.03 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Starting Balance | 1,190.70 | 158.61 |
| Jul 2021 | 379.47 | 810.45 | 118.22 | 27.47 | * | Forced Place Insur | 1,451.95 | 941.59 |
| Jul 2021 |  | 5.52 |  |  | * | Escrow Only Payment | 1,451.95 | 947.11 |
| Aug 2021 | 379.47 | 438.29 | 1,451.95 |  | * | County Tax | 379.47 | 1,385.40 |
| Aug 2021 |  |  | 118.22 |  | * | Forced Place Insur | 261.25 | 1,385.40 |
| Sep 2021 | 379.47 |  | 118.22 |  | * | Forced Place Insur | 522.50 | 1,385.40 |
| Oct 2021 | 379.47 |  | 118.22 |  | * | Forced Place Insur | 783.75 | 1,385.40 |
|  |  |  |  |  |  | Anticipated Transactions | 783.75 | 1,385.40 |
| Aug 2021 |  |  |  | 1,451.95 |  | County Tax |  | (66.55) |
| Sep 2021 |  | 438.29 |  |  |  |  |  | 371.74 |
| Oct 2021 |  | 438.29 |  |  |  |  |  | 810.03 |
|  | $1,517.88 | $2,130.84 | $1,924.83 | $1,479.42 |  |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 1,924.83.  Under Federal law, your lowest monthly balance should not have exceeded 758.95 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

Analysis Date: September 14, 2021  Final
Borrower: TYNESA M WELLS  Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 810.03 | 1,166.77 |
| Nov 2021 | 388.92 |  |  | 1,198.95 | 1,555.69 |
| Dec 2021 | 388.92 |  |  | 1,587.87 | 1,944.61 |
| Jan 2022 | 388.92 |  |  | 1,976.79 | 2,333.53 |
| Feb 2022 | 388.92 |  |  | 2,365.71 | 2,722.45 |
| Mar 2022 | 388.92 | 1,683.10 | County Tax | 1,071.53 | 1,428.27 |
| Apr 2022 | 388.92 |  |  | 1,460.45 | 1,817.19 |
| May 2022 | 388.92 |  |  | 1,849.37 | 2,206.11 |
| Jun 2022 | 388.92 | 1,532.00 | Homeowners Policy | 706.29 | 1,063.03 |
| Jul 2022 | 388.92 |  |  | 1,095.21 | 1,451.95 |
| Aug 2022 | 388.92 | 1,451.95 | County Tax | 32.18 | 388.92 |
| Sep 2022 | 388.92 |  |  | 421.10 | 777.84 |
| Oct 2022 | 388.92 |  |  | 810.02 | 1,166.76 |
|  | $4,667.04 | $4,667.05 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 388.92. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 777.84 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 810.03. Your starting balance (escrow balance required) according to this analysis should be $1,166.77. This means you have a shortage of 356.74. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 4,667.05. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 2

Analysis Date: September 14, 2021
Borrower: TYNESA M WELLS

Case 16-29981    Doc    Filed 09/24/21    Entered 09/24/21 07:08:05    Desc Main
                        Document          Page 5 of 7

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 388.92 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 29.73 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $418.65 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $654.10 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-29981 |
| Tynesa Wells | Chapter 13 |
| Debtor. | Hon. Judge Donald R. Cassling |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 24, 2021, before the hour of 5:00 p.m.

Nicholas J Landi, Debtor's Counsel
nlandi@semradlaw.com

Patrick Semrad, Debtor's Counsel
psemrad@semradlaw.com

John P Wonais, Debtor's Counsel
jwonais@semradlaw.com

M.O. Marshall, Chapter 13 Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Tynesa Wells, Debtor
14204 S. Union Ave
Riverdale, IL 60827

Dated: September 24, 2021　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Molly Simons
　　　　　　　　　　　　　　　　　　　　　　Molly Slutsky Simons (OH 0083702)
　　　　　　　　　　　　　　　　　　　　　　Sottile & Barile, Attorneys at Law
　　　　　　　　　　　　　　　　　　　　　　394 Wards Corner Road, Suite 180
　　　　　　　　　　　　　　　　　　　　　　Loveland, OH 45140
　　　　　　　　　　　　　　　　　　　　　　Phone: 513.444.4100
　　　　　　　　　　　　　　　　　　　　　　Email: bankruptcy@sottileandbarile.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor